DANIEL J. BRODERICK, Bar #89424
Federal Defender
TARA I. ALLEN, Bar #235549
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALFRED TREJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. 07-00044-KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | Date: April 2, 2007 |
| ) | Time: 10:00 a.m. |
| ALFRED TREJO, ) | Judge: Kimberly J. Mueller |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, ALFRED TREJO, by and through his counsel TARA I. Allen of the Federal Defenders Office, stipulate that the court trial set for March 26, 2007 be reset to Monday, April 2, 2007 at 10:00 a.m.  This continuance is requested because our Certified Law Clerk, Mancy Pendergrass, who is assigned to this case, will be out of town the week prior and on the

/////

/////

1  scheduled court trial date.  Ms. Pendergrass will need additional time
2  to prepare for trial.
3  Dated: March 14, 2007
                                        Respectfully submitted,
4
5                                       DANIEL J. BRODERICK
                                        Federal Defender
6
                                        /s/ Linda C. Harter for
7                                       _____
                                        TARA I. ALLEN
8                                       Staff Attorney
                                        Attorney for Defendant
9                                       ALFRED TREJO

10

11  Dated:  March 14, 2007              MCGREGOR W. SCOTT
                                        United States Attorney
12
                                        /s/ Matthew Stegman
13                                      _____
                                        MATTHEW STEGMAN
14                                      Assistant U.S. Attorney

15                            **O R D E R**

16

17      FOR GOOD CAUSE SHOWING, the court trial will now be set for
18  Monday, April 2, 2007 at 10:00 a.m.
19      IT IS SO ORDERED.
20  Dated: March 21, 2007.
21                                      _____
                                        U.S. MAGISTRATE JUDGE
22

23

24

25

26

27

28

2