1 MCGREGOR W. SCOTT
United States Attorney
2 MATTHEW C. STEGMAN
Assistant U.S. Attorney
3 GRETCHEN Z. BOGER
Certified Law Clerk, Misdemeanor Unit
4 501 I Street, Suite 10-100
Sacramento, California  95814
5 Telephone: (916) 554-2807

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MAG NO. 07-044 KJM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE COURT TRIAL |
| v. | ) ) | |
| ALFRED TREJO, | ) ) | DATE: May 7, 2007 TIME:  10:00 a.m. |
| Defendant. | ) ) | COURT: Hon. Kimberly J. Mueller |

It is hereby stipulated and agreed to between the United States and the defendant, ALFRED TREJO, by and through his undersigned counsel, Tara I. Allen, that the court trial set for April 2, 2007, at 10:00 a.m., be continued to May 7, 2007, at 10:00 a.m.

The continuance is requested due to the unavailability of a government witness, Debra L. Henry, a Criminalist from the

///
///
///
///
///
///

Sacramento County Office of the District Attorney Laboratory of Forensic Services.

                          Respectfully Submitted,

DATED: March 27, 2007         McGREGOR W. SCOTT
                                 United States Attorney

                            By:   */s/ Matthew C. Stegman*
                                 MATTHEW C. STEGMAN
                                 Assistant U.S. Attorney

DATED: March 28, 2007         DANIEL J. BROADERICK
                                 Federal Defender

                            By:   */s/ Tara I. Allen*
                                 TARA I. ALLEN
                                 Attorney for Defendant

## O R D E R

      IT IS SO ORDERED, THAT the court trial set for April 2, 2007, at 10:00 a.m., is hereby continued to May 7, 2007, at 10:00 a.m.

DATED: March 30, 2007.

                                               U.S. MAGISTRATE JUDGE