```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TARA I. ALLEN, CA Bar #235549
    Staff Attorney
 3  Designated Counsel for Service
    MANCY PENDERGRASS
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    ALFRED TREJO, JR.
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>ALFRED TREJO, JR.,<br><br>                    Defendant. | ) Mag. No. 07-0044-KJM<br>)<br>) [PROPOSED] ORDER TO FILE<br>) DECLARATION AND LETTER UNDER SEAL<br>)<br>) Date: May 7, 2007<br>) Time: 10:00 a.m.<br>) Judge: Hon. Kimberly J. Mueller<br>) |
|---|---|

**ORDER**

**IT IS ORDERED** that the declaration and letter referenced in the defense's supplemental trial brief lodged with this Court on May 7, 2007, in a sealed envelope, shall be maintained under seal by the clerk of this Court and shall not be made available to government's counsel or to the public.

DATED: May 7, 2007.

_____
KIMBERLY J. MUELLER
United States Magistrate Judge